IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARQUIS RAMEY, | No. 4:21-CV-01018 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ROBERT MARSH, *et al.*, | |
| Defendants. | |

### ORDER

**AND NOW**, this 7th day of February 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Ramey's amended complaint (Doc. 6) is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted, as follows:

    a. Ramey's First Amendment retaliation claim is **DISMISSED** with prejudice.

    b. Ramey's Eighth Amendment failure-to-protect and Fourteenth Amendment procedural due process claims are **DISMISSED** without prejudice.

2. Ramey shall have **21 days**—that is, until **February 28, 2022**—to file his all-inclusive, second amended complaint. Ramey need not seek leave to amend, as the Court is granting such leave in this order.

3. If Ramey does not timely file a second amended complaint, the Clerk of Court shall CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge